**IN THE UNITED STATES DISTRICT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

VS.                             NO.:  4:08CR00131-001 SWW

ROBERT McDOWELL

**ORDER**

Defendant Robert McDowell appeared for a hearing before this Court on August 25, 2008, for a determination of defendant's competency after undergoing a mental health evaluation at the Federal Correctional Institution in Fort Worth, Texas, to determine his competency at the time of the alleged act and to determine whether he is presently competent to proceed to trial.  The parties stipulated to the mental health evaluation received by the Court, and based upon the report, the Court finds, by a preponderance of evidence, that defendant presently is incompetent to stand trial.

IT IS THEREFORE ORDERED that defendant Robert McDowell shall be committed to the custody of the Attorney General, pursuant to 18 U.S.C. §4241(d), for hospitalization of defendant for treatment in a suitable facility forthwith for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future defendant will attain the capacity to permit his trial to proceed or the pending charges against him are disposed of according to law.

IT IS FURTHER ORDERED that the medical facility shall file with the Court a report determining defendant's mental status at the end of the time period specified.

1

2

IT IS FURTHER ORDERED that the period of delay occasioned by the psychiatric treatment ordered herein shall be excludable under the pursuant of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A).

IT IS SO ORDERED this 27TH day of August, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE
