## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | |
| | * | NO: 4:08CR00131   SWW |
| ROBERT McDOWELL | * | |

**ORDER**

Defendant Robert McDowell appeared for a hearing before this Court on February 13, 2009 for a determination of whether to extend his period of hospitalization.[1]  With no objections from the parties, the Court received a psychiatric evaluation dated January 22, 2009 from the Federal Medial Center in Butner, North Carolina.  Based on that evaluation, the Court finds that Defendant's period of hospitalization should be extended.

IT IS THEREFORE ORDERED that, pursuant to 18 U.S.C. § 4241(d)(2), Defendant's period of hospitalization is extended for an additional reasonable period of time for continued treatment aimed at restoring Defendant's competency to stand trial and for a risk assessment pursuant to 18 U.S.C. § 4246(a).

IT IS FURTHER ORDERED that the medical facility shall file with the Court, within 60 days from the entry of this order, a report that includes a risk assessment and states whether Defendant has attained the capacity to permit a trial to proceed.

IT IS SO ORDERED THIS 13TH DAY OF FEBRUARY, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] By order entered August 25, 2008, the Court determined that Defendant is presently incompetent to stand trial and committed him to the custody of the Attorney General, pursuant to 18 U.S.C. § 4241(d), for hospitalization to evaluate whether treatment would allow a trial to proceed.