# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * * * | |
| | * | NO: 4:08CR00131  SWW |
| VS. | * * | |
| ROBERT McDOWELL | * * | |

## ORDER

By order entered February 13, 2009, the court extended Defendant's period of hospitalization for an additional reasonable period of time for continued treatment aimed at restoring Defendant's competency to stand trial and for a risk assessment pursuant to 18 U.S.C. § 4246(b).  Additionally, the Court directed the medical facility to file with the Court, within 60 days from the entry of the Court's order, a report that includes a risk assessment and states whether Defendant has attained the capacity to permit a trial to proceed.

Before the Court is a letter from Sara Revell, the Warden of the Federal Medical Center in Butner, North Carolina, seeking an extension of Defendant's evaluation period.   The request is GRANTED.  Defendant's evaluation period is extended up to and including May 23, 2009, and the medical facility shall file a report, on or before June 8, 2009, that includes a risk assessment and states whether Defendant has attained the capacity to permit a trial to proceed. The Court will not be inclined to grant any further extensions.

IT IS SO ORDERED THIS 20TH DAY OF APRIL, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE