**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN  DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * * * * | |
| VS. | * * | NO: 4:08CR00131  SWW |
| ROBERT McDOWELL | * * | |

### ORDER

    Defendant Robert McDowell appeared for a hearing before this Court on February 13, 2009 for a determination of whether to extend his period of hospitalization.[1]  With no objections from the parties, the Court received a psychiatric evaluation dated January 22, 2009 from the Federal Medical Center in Butner, North Carolina ("Medical Center").  Based on that evaluation, the Court entered an order extending Defendant's period of hospitalization pursuant to 18 U.S.C. § 4241(d)(2) for an "additional reasonable period of time" for continued treatment aimed at restoring McDowell's competency to stand trial and for a risk assessment pursuant to 18 U.S.C. § 4226(a).  The Court ordered the Medical Facility to file, within 60 days from the entry of the Court's order, a report including a risk assessment and an opinion as to whether Defendant has attained the capacity to permit a trial to proceed.

    By order entered April 20, 2009, at the request of the Medical Center, the Court extended Defendant's evaluation period up to and including May 23, 2009 and ordered the Medical Center

---

[1] By order entered August 25, 2008, the Court determined that Defendant is presently incompetent to stand trial and committed him to the custody of the Attorney General, pursuant to 18 U.S.C. § 4241(d), for hospitalization to evaluate whether treatment would allow a trial to proceed.

to file the aforementioned report, on or before June 8, 2009. As of the entry date of this order, no report has been filed. The United States is directed to file a status report within 10 days from the entry date of this order regarding Defendant's custody, including information regarding the status of the psychiatric report, which was ordered to be filed no later than June 8, 2009.

IT IS SO ORDERED THIS 18TH   DAY OF JUNE, 2009

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE