# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                              NO. 4:08CR00131 SWW

ROBERT MCDOWELL

### ORDER OF DISMISSAL

Pending before the Court is government's motion for dismissal of the indictment against defendant, Robert McDowell, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

IT IS ORDERED that the government's motion [doc #28] for dismissal of the indictment against the above-named defendant be **granted**, and the indictment pending against defendant Robert McDowell is **dismissed without prejudice**.

DATED this 21st day of September 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE